

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00175-CV

MOTE RESOURCES, INC. AND          APPELLANTS
JOHN PHILLIP MOTE

V.

CHARLES T. GARDNER AND          APPELLEES
JANICE MARIE GARDNER

\-\-\-\-\-\-\-\-\-\-\-

## FROM THE 271ST DISTRICT COURT OF WISE COUNTY
### TRIAL COURT NO. CV11-06-491

\-\-\-\-\-\-\-\-\-\-\-

## MEMORANDUM OPINION[1] AND JUDGMENT

\-\-\-\-\-\-\-\-\-\-\-

We have considered the "Joint Motion of Appellants and Appellees to Dispose of Appeal." The motion is **GRANTED.** It is therefore **ORDERED** that the opinion and judgment of November 14, 2013 are withdrawn; the trial court's judgment of April 3, 2012 is set aside without regard to its merits; and the case is

---

[1]*See* Tex. R. App. P. 47.4.

remanded for rendition of a judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B), 43.2(d).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:   LIVINGSTON, C.J.; MEIER and GABRIEL, JJ.

DELIVERED:  July 24, 2014